**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

*Electronically Filed*

| | |
|---|---|
| CHARLES VIVIALI, LISA ALICEA, and KAYLA LOFTON, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 2:24-cv-00185-DCR |
| | Judge Danny C. Reeves |
| v. | |
| ONE POINT HR SOLUTIONS, LLC | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of Plaintiffs' individual and class claims without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: October 27, 2025

Respectfully Submitted,

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (*pro hac vice*)
Andrew E. Mize (KY Bar No. 94453)
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com
gstranch@stranchlaw.com

John C. Whitfield (*pro hac vice*)
WHITFIELD CROSBY & FLYNN, PLLC
19 N. Main Street
Madisonville, KY 42431
Telephone: (270) 821-0656
Facsimile: (270) 825-1163
jwhitfield@wcfjustice.com

Daniel Srourian (pro hac vice)
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr., Suite 200
Beverly Hills, California 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
daniel@slfla.com

Raina C. Borrelli (*pro hac vice*)
Samuel J. Strauss (*pro hac vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

***Counsel for Plaintiffs and the Proposed Class***

/s/ Jason R. Hollon (w/ permission)
Jason R. Hollon (KBA Bar #96148)
MCBRAYER, PLLC

201 East Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 231-8780
jhollon@mcbrayerfirm.com

Claudia D. McCarron, (*pro hac vice*)
Matthew A. Reid, (*pro hac vice*)
MULLEN COUGHLIN, LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4770
Tel: (267) 930-4554
cmccarron@mullen.law
mreid@mullen.law

***Counsel for Defendant***

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true and accurate copy of the foregoing was this 27th day of

October 2025 filed via the CM/ECF system, which will electronically serve all counsel of record.


*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (*pro hac vice*)