UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| CHARLES VIVIALI, LISA ALICEA, and KAYLA LOFTON, individually and purportedly on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>ONE POINT HR SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2: 24-185-DCR<br><br><br>**ORDER OF DISMISSAL** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the parties' Stipulation of Dismissal Without Prejudice filed October 27, 2025 [Record No. 37], it is hereby

**ORDERED** as follows:

1. Plaintiffs Charles Viviali's, Lisa Alicea's and Kayla Lofton's individual and class claims asserted against Defendant One Point HR Solutions, LLC, are **DISMISSED** without prejudice.

2. This action is **DISMISSED** and **STRICKEN** from the docket.

3. The parties shall bear their respective costs, fees, and expenses.

Dated: October 28, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky

- 1 -